# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-1860
_____

Tomas Caesar Popson

*Plaintiff - Appellant*

v.

City of Kansas City, Missouri; Richard Smith, individually; Justin Forrest,
individually; Nathan Anderson, individually; Kansas City, Missouri Police
Department; Mayor Quinton Donald Lucas; Mayor Sylvester "Sly" James; Nathan
F. Garrett; Leland Shurin; Don Wagner; Mark Tolbert; Doe-1, Police
Officer/Agent; Doe-2; Doe-3; Doe-4; Doe-5; Doe-6; Doe-7; Sgt. Mike Lewis;
Clint Reno; Does 1-50; City of Excelsior Springs, Missouri

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: April 21, 2021
Filed: April 27, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this pro se civil rights action, Tomas Popson appeals the district court's[1] orders dismissing several defendants and granting summary judgment to the remaining defendants. Popson also challenges the district court's imposition of a restriction on his filings. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (summary judgment standard of review); *Waters v. Madson*, 921 F.3d 725, 734 (8th Cir. 2019) (Fed. R. Civ. P. 12(b)(6) dismissal standard of review); *Bass v. Gen. Motors Corp.*, 150 F.3d 842, 851 (8th Cir. 1998) (inherent disciplinary power standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.